UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Rachel Johnson
    Plaintiff

v.                                         C.A. No. 06/542S

Social Security Administration
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 29, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED and Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

By Order,

_/s/ Wendy Deile_
Deputy Clerk

ENTER:

_/s/ W. Smith_
William E. Smith
United States District Judge
Date: 9/23/08